# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Tamra A. Debenedetto

|                                      | Plaintiff,  |                                   |
|--------------------------------------|-------------|-----------------------------------|
| v.                                   |             | Case No.: 1:13–cv–08287           |
|                                      |             | Honorable Gary Feinerman          |
| Integrity Financial Partners, Inc., et al. |        |                                   |
|                                      | Defendant.  |                                   |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 1, 2014:

      MINUTE entry before the Honorable Mary M. Rowland:Settlement conference held on 4/1/2014. Case settled. Case set for status on 5/15/2014 at 9:00 AM. That date will be stricken if stipulation to dismiss filed prior to that date. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.