UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAMRA A. DEBENEDETTO, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>INTEGRITY FINANCIAL )<br>PARTNERS, INC. and )<br>CHASE BANK USA, NA, )<br>)<br>DEFENDANTS. ) | Civil Action No.13-cv-08287<br><br>Judge Gary Feinerman |

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Defendants herein by and through their attorneys that, pursuant to Rule 41(a) (1) (A) (ii) of the Federal Rules of Civil Procedure, the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, with each side to bear its own fees and costs.

Date: June 11, 2014                                    Respectfully submitted,

                                                                 **THE LAW OFFICE OF M. KRIS
                                                                 KASALO, LTD.**
                                                                 Mario Kris Kasalo
                                                                 By: /s/ Mario Kris Kasalo
                                                                 Attorney I.D.# 6292190
                                                                 20 North Clark Street, Suite 3100
                                                                 Chicago, IL 60602
                                                                 Telephone: 312.726.6160
                                                                 Facsimile: 312.698.5054
                                                                 mario.kasalo@kasalolaw.com

                                                                 **ATTORNEY FOR PLAINTIFF**

**HINSHAW & CULBERTSON LLP**
/s/ Katherine H. Tresley_____
Katherine H. Tresley
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081
Phone: (312) 704-3527
Email: ktresley@hinshawlaw.com
*Attorneys for Defendant, Integrity Financial Partners, Inc.*

**BARNES & THORNBURG LLP**
/s/ Timothy S. McFadden_____
Timothy S. McFadden
One N. Wacker Drive, Suite 4400
Chicago, IL 60606
Phone: (312) 357-1313
Email: tmcfadden@btlaw.com
*Attorney for Defendant, Chase Bank USA, N.A.*

**ATTORNEYS FOR DEFENDANTS**

MKK/rh